**Roland S. NEWARK, Plaintiff, Appellant,**

v.

**BOSTON HOUSING AUTHORITY, Defendant, Appellee.**

No. 04–1116.

United States Court of Appeals, First Circuit.

June 21, 2004.

John A. Hanrahan, on brief, for appellant.

John C. Foskett, with whom Deutsch Williams Brooks DeRensis & Holland, P.C., was on brief, for appellee.

Before TORRUELLA and HOWARD, Circuit Judges, and STEARNS,* District Judge.

PER CURIAM.

After having reviewed the briefs and the record, we affirm substantially for the reasons stated in the district court's December 20, 2001 and December 10, 2003 opinions. *Newark v. Boston Housing Authority*, 183 F.Supp.2d 285 (D.Mass.2001); *Newark v. Boston Housing Authority*, 183 F.Supp.2d 285 (D.Mass.2003).

***Affirmed.***

---

* Of the District of Massachusetts, sitting by designation.